**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2102**

---

ALBERT THOMAS, JR.,

Plaintiff - Appellant,

versus

SCOTT HALL, Officer, in his individual and
official capacity as a police officer of
Roanoke Rapids Police Department; HAROLD
PHILLIPS, Officer, in his individual and
official capacity as a police officer of
Roanoke Rapids Police Department; BO FORSHT,
Officer, in his individual and official
capacity as a police officer of Roanoke Rapids
Police Department; JAMAL BRYANT, Officer, in
his individual and official capacity as a
police officer of Roanoke Rapids Police
Department; DAVID BROWN, Officer, in his
individual and official capacity as a police
officer of Roanoke Rapids Police Department,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Malcolm J. Howard,
District Judge. (CA-03-28-40-H)

---

Submitted:  March 30, 2005          Decided:  April 13, 2005

---

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Albert Thomas, Jr., Appellant Pro Se.  Scott Christopher Hart,
SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Albert Thomas, Jr. appeals the district court's order awarding summary judgment to defendants and dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Thomas v. Hall</u>, No. CA-03-28-40-H (E.D.N.C. Aug. 4, 2004). We grant Thomas's motion to supplement his informal brief and deny his motion to appoint appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>